Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
RUBEN GONZALEZ-ZERMENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GONZALEZ-ZERMENO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  1:25-CV-00488 (SKO)<br><br>**STIPULATION AND UNOPPOSED MOTION FOR BRIEFING EXTENSION; ORDER**<br><br>(Doc. 12) |

On April 28, 2025, Plaintiff Ruben Gonzalez-Zermeno filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying his application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint, served on April 30, 2025, on June 25, 2025. (ECF Docs. 4 and 10, respectively) Plaintiff's motion for summary judgment is currently due to be filed no later than July 25, 2025. (ECF Doc. 5 at p.2:16-17)

Pursuant to this Court's Scheduling Order, Plaintiff seeks an extension of thirty (30) days to file his motion. (ECF Doc. 5 at p. 3:20-21) This is Plaintiff's first request for an extension of time. Plaintiff's counsel seeks the extension due to the current filing date conflicting with a pre-paid and previously scheduled vacation. The defendant has no objection to the requested extension.

Respectfully submitted,

Dated: July 21, 2025          NEWEL LAW

| | | |
|---|---|---|
| | By: | *Melissa Newel* |
| | | Melissa Newel |
| | | Attorney for Plaintiff |
| | | RUBEN GONZALEZ-ZERMENO |

Dated: July 21, 2025                                MICHELE BECKWITH
                                                                 Acting United States Attorney
                                                                 MATTHEW W. PILE
                                                                 Associate General Counsel
                                                                 Office of Program Litigation, Office 7

                                              By:        *Franco L. Becia*
                                                                 FRANCO L. BECIA
                                                                 Special Assistant United States Attorney
                                                                 Attorney for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 12), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including August 25, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **July 22, 2025**                              /s/ *Sheila K. Oberto*
                                                                          UNITED STATES MAGISTRATE JUDGE