Melissa Newel (CA SB #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff
RUBEN GONZALEZ-ZERMENO

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MA SB #670079)
Special Assistant United States Attorney
Program Litigation 1 Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD  21235
(510) 970-4822
Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GONZALEZ-ZERMENO, | No.  1:25-CV-00488-SKO (SS) |
| Plaintiff, | |
| v. | **STIPULATION AND UNOPPOSED MOTION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)); ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Doc. 20) |

STIPULATION AND ORDER FOR AWARD AND PAYMENT
OF ATTORNEYS FEES PURSUANT TO THE EAJA

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court, that Ruben Gonzalez-Zermeno ("Plaintiff") be awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in the amount of nine thousand nine hundred and fifty dollars and seventy-one cents ($9,950.71). This represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action to date, in accordance with 28 U.S.C. §2412 (d).

After the Court issues an Order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the attorney fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the Order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the payment of fees approved to be made payable to Newel Law, pursuant to the assignment executed by Plaintiff. Any and all payments made shall be delivered to Newel Law by electronic transfer or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

///

///

///

///

///

////

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: January 23, 2026                    NEWEL LAW

By:    *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      RUBEN GONZALEZ-ZERMENO

Dated: January 23, 2026                    ERIC GRANT
      United States Attorney
      MATHEW W. PILE
      Head of Program Litigation 1
      Social Security Administration

By:    Marcelo Illarmo*
      MARCELO ILLARMO
      (*Authorized by email dated 01/21/2026)
      Special Assistant U.S. Attorney
      Office of Program Litigation, Office 7
      Social Security Administration
      Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses, (Doc. 20), **IT IS ORDERED** that fees and expenses in the amount of $9,950.71 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:    **January 23, 2026**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE